IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ERIC WALDENMAIER, on behalf of Himself and other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PAYMERANG, LLC,<br><br>Defendant. | Case Number: 3:23-cv-466 |

## ORDER TO DISMISS

Upon consideration of Defendant Paymerang, LLC's motion to dismiss the Complaint herein for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, upon the opposition filed herein by Plaintiff, and upon the argument of counsel, if any; and it

APPEARING TO THE COURT that the Complaint herein fails to state a claim upon which relief can be granted as to Defendant Paymerang, LLC and that the Motion to Dismiss should be granted as to Defendant Paymerang, LLC; it is

ORDERED that Defendant's motion to dismiss is hereby GRANTED, without leave to amend, and this case is DIMISSED WITH PREJUDICE;

It is FURTHER ORDERED that Plaintiff's claim of willful violation is DISMISSED WITH PREJUDICE.

Dated: ___/___/2023

                                                        HONORABLE HENRY E. HUDSON,
UNITED STATES DISTRICT COURT JUDGE
FOR THE EASTERN DISTRICT OF VIRGINIA