IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ERIC WALDENMAIER, on behalf of
himself and others similarly situated,

    Plaintiff,

v.                                                         Civil Action No. 3:23CV00466-HEH

PAYMERANG, LLC,

    Defendant.

### INITIAL PRETRIAL ORDER

At a pretrial conference held on December 7, 2023, this action was set for trial by a jury to begin on **AUGUST 5, 2024** at **9:30 a.m.**

    1.    The Scheduling Order and Pretrial Schedule A previously issued in this action shall remain in effect.

    2.    A Final Pretrial Conference will be conducted on _____n/a_____, at which time trial counsel shall appear and present for entry a Final Pretrial Order. The parties are directed to this Court's Scheduling Order and Pretrial Schedule A, the terms of which are specifically incorporated herein, for the requirements of the Final Pretrial Order.

    It is so ORDERED.

                                                               /s/
                                              Henry E. Hudson
                                              Senior United States District Judge

Richmond, Virginia
Date:  December 8, 2023