**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ERIC WALDENMAIER, on behalf of          :
Himself and other similarly situated     :
                                          :
      Plaintiff,                          :
                                          :
v.                                        :          Case Number: 3:23-cv-466
                                          :
PAYMERANG, LLC,                           :
                                          :
      Defendant.                          :
                                          :

## ORDER TO WITHDRAW COUNSEL

THIS CAUSE came on to be heard on the Defendant's Motion, by its attorney Hannah F. Supernor of the law firm NOVA Business Law Group, LLP, for leave to withdraw as counsel of record for the Defendant and to continue having Mr. Burns and Ms. Testo of the law firm Jackson Lewis, P.C. as counsel in the above captioned matter; and

IT APPEARING to the Court that there is no objection to said Motion, as evidenced by the endorsement hereto, and that said Motion is proper; it is therefore

ORDERED that Hannah F. Supernor of the law firm NOVA Business Law Group, LLP is hereby granted leave to withdraw as counsel of record for the Defendant, and Eric P. Burns and Alyssa Testo of the law firm Jackson Lewis, P.C. will continue as counsel for Defendant in this case.

SO ORDERED.

ENTERED this **24** day of January, 2024.

                         /s/

                    Henry E. Hudson
                    Senior United States District Judge

I ASK FOR THIS:

*/s/ Hannah F. Supernor*
Hannah F. Supernor, Esq.
NOVA Business Law Group, LLP
4151 Chain Bridge Road
Fairfax, Virginia 22030
(703) 766-8081
(703) 766-8085 (Facsimile)
hsupernor@novablg.com
*Counsel for Defendant*

SEEN AND AGREED:

*/s/ Zev H. Antell*
Craig Juraj Curwood, Esq.
Zev H. Antell, Esq.
Samantha R. Galina, Esq.
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: 804-648-4848
Fax: 804-237-0413
Email: craig@butlercurwood.com
          zev@butlercurwood.com
          samantha@butlercurwood.com
*Counsel for Plaintiff*

SEEN AND AGREED:

*/s/ Eric P. Burns*
Eric P. Burns, Esq.
Alyssa Testo, Esq.
JACKSON LEWIS, P.C.
10701 Parkridge Boulevard Suite 300
Reston, Virginia 22191
(703) 483-8300
(703) 483-8301(Facsimile)
Eric.Burns@Jacksonlewis.com
alyssa.testo@jacksonlewis.com
*Counsel for Defendant*

SEEN AND AGREED:

Paymerang LLC
Ibrahim A. Moiz, Esq.
General Counsel
*Defendant*