**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

ERIC WALDENMAIER, on behalf of
Himself and other similarly situated

    Plaintiff,

v.

PAYMERANG, LLC,

    Defendant.

Case Number: 3:23-cv-466 (HEH)

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Plaintiff Eric Waldenmaier, on behalf of himself and others similarly situated ("Waldenmaier" or "Plaintiff") and Defendant Paymerang, LLC ("Paymerang" or "Defendant) (collectively, "the Parties"), by and through their respective counsel, here move this Court for entry of a Stipulated Protective Order.

    1.    The Protective Order would expedite the flow of discovery materials, facilitate the prompt resolution of discovery disputes and confidentiality concerns, protect certain material designated as confidential ("Confidential Materials") and ensure that protection is afforded only to material so designated as confidential.

    2.    Counsel for the parties have conferred and agree the Confidential Materials are potentially relevant to the claims and defenses asserted in this action, that the parties have a substantial need fo them, but recognize that access to the materials should be restricted.

    3.    As a result, counsel for the Parties have conferred and agree to the entry of the attached proposed Stipulated Protective Order.

1

4. Recognizing the Court's disfavor for sealed filings, the Parties agree to 1) attempt to ensure the use of a "CONFIDENTIAL" or "ATTORNEY'S EYES ONLY" designation, as described in the attached proposed Stipulated Protective Order, is limited only to circumstances where it is unambiguously appropriate and 2) agree to collaboratively use redactions in filings whenever possible so as to avoid the filing of motions to seal.

5. This motion is supported by good cause.

WHEREFORE, the Parties hereby respectfully request that this Joint Motion for Protective Order be granted.

Dated: February 13, 2024

Respectfully submitted,

/s/ *Eric P. Burns*
Eric P. Burns, VSB# 76554
Alyssa B. Testo, VSB# 97254
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, Virginia 20191
(703) 483-8300
(703) 483-8301 (Facsimile)
Eric.Burns@jacksonlewis.com
Alyssa.Testo@jacksonlewis.com
*Counsel for Defendant*


/s/ *Zev H. Antell*
Craig Juraj Curwood, Esq.
Zev H. Antell, Esq.
Samantha R. Galina, Esq.
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: 804-648-4848
Fax: 804-237-0413
Email: craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2024, I caused a true and correct copy of the foregoing to be served via electronic mail on the following:

>Craig Juraj Curwood, Esq.
>Zev H. Antell, Esq.
>Samantha R. Galina, Esq.
>Butler Curwood, PLC
>140 Virginia Street, Suite 302
>Richmond, Virginia 23219
>Telephone: 804-648-4848
>Fax: 804-237-0413
>Email: craig@butlercurwood.com
>       zev@butlercurwood.com
>       samantha@butlercurwood.com
>*Counsel for Plaintiff*

>      */s/ Eric P. Burns*
>Eric P. Burns, VSB# 76554
>JACKSON LEWIS P.C.
>10701 Parkridge Blvd., Suite 300
>Reston, Virginia 20191
>(703) 483-8300
>(703) 483-8301 (Facsimile)
>Eric.Burns@jacksonlewis.com
>*Counsel for Defendant*

4876-8833-4757, v. 2