IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC WALDENMAIER, )
on behalf of himself and others )
similarly situated, )
)
          Plaintiffs, )
)
v. )   Civil Action No. 3:23-cv-466–HEH
)
PAYMERANG, LLC, )
)
          Defendant. )

**ORDER**
(Approving Settlement Agreement)

THIS MATTER is before the Court on the parties' Joint Motion for Settlement Approval (the "Motion," ECF No. 34), filed on April 9, 2024. On May 1, 2024, the Court held a hearing to approve the settlement. At the hearing, and upon thorough review of the Confidential Settlement Agreement (the "Agreement"), the Court approved the Agreement stating the following findings.

The Court accepts the proffers and evidence presented in support of the terms of the Agreement and finds that the Agreement is the product of arms-length negotiation in an adversarial context. The Court believes that the Agreement represents a fair and reasonable resolution of a bona fide dispute arising out of the alleged violations of the Virginia Overtime Wage Act ("VOWA") and Fair Labor Standards Act ("FLSA"). The Court further finds that the Agreement is adequate as to all parties and is consistent with the goals and objectives of the FLSA.

Accordingly, it is hereby ORDERED that the Agreement is APPROVED as fair

and adequate. Plaintiffs' claims are DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: May 1, 2024
Richmond, Virginia